## HIGGINS ESTATE, Inc., v. COMMISSIONER OF INTERNAL REVENUE.

### No. 8001.

Circuit Court of Appeals, Ninth Circuit.

March 22, 1937.

Thomas R. Dempsey and A. Calder Mackay, both of Los Angeles, Cal., for petitioner.

James W. Morris, Asst. Atty. Gen., for respondent.

Before GARRECHT and HANEY, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered cause remanded to Board of Tax Appeals with directions to enter its decision that there is now no deficiency in tax.

## A. P. HUNT v. COMMISSIONER OF INTERNAL REVENUE.

### No. 6143.

Circuit Court of Appeals, Seventh Circuit.

Jan. 16, 1937.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for respondent, and upon consideration of the Certificate of the clerk of the United States Board of Tax Appeals filed this day, it is ordered and adjudged that this cause be docketed in this court and the petition for review of decision of the United States Board of Tax Appeals entered on March 21, 1936, be, and the same is hereby, dismissed.

## Henry F. JAEGER, Executor, etc., v. COMMISSIONER OF INTERNAL REVENUE.

### No. 5885.

Circuit Court of Appeals, Seventh Circuit.

Nov. 19, 1936.

Gerard A. Connor, of Chicago, Ill., for petitioner.

Morton K. Rothschild, of Washington, D. C., for respondent.

Before EVANS and SPARKS, Circuit Judges, and BRIGGLE, District Judge.

PER CURIAM.

Now this day come the parties by their counsel, and this cause now comes on to be heard on the printed record and briefs of counsel and on oral arguments. On consideration whereof it is now here ordered and adjudged by this court that the decision entered in this cause on January 31, 1936, by the United States Board of Tax Appeals be, and the same is hereby, affirmed.